MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

AMBER S. ROSEN (CABN 160380)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5061
Fax: (408) 535-5066
E-Mail: amber.rosen@usdoj.gov

Attorneys for the United States of America

**GRANTED**

*Lucy H. Koh*
Judge Lucy H. Koh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVID RANGEL, )<br>)<br>Defendant. )<br>_____ ) | No. 10-00674 LHK<br><br>PARTIES' STIPULATED AGREEMENT TO CORRECT JUDGMENT PURSUANT TO F.R.CR.P. 35(a) |

On January 25, 2012, Defendant Rangel entered a guilty plea to Count Two of the Indictment pending against him. As part of his guilty plea, he agreed to pay a fine of "at least $1,000." While not in the agreement, the fine amount was set at $1,000 because that was the amount of money the parties believed was seized from defendant at the time of his arrest and was being held by the Santa Cruz County Sheriff's office. On May 2, 2012, defendant was sentenced. At sentencing, this Court ordered defendant to pay a $1,000 fine as part of his sentence.

As it turns out, the Santa Cruz County Sheriff's Department had in its custody $429 that it had taken from defendant at the time of his arrest, and not $1,000 as was believed.. It was the unwritten understanding of the parties to have defendant pay a fine in the amount as was in the

custody of the Sheriff's office.  As a result, the parties ask this Court to reduce defendant's fine from $1,000 to $429.

    While both parties understand that this Court had the discretion to set the fine at an amount higher than any amount in the custody of the Sheriff's, we jointly make this request to lower the fine, pursuant to F.R.Cr.P 35(a) .  Rule 35(a) allows the Court to "within 14 days after sentencing . . . [to] correct a sentence that resulted from arithmetical, technical or other clear error."  In this case, the parties clearly erred as to the amount of money in the Sheriff's custody, and based on that clear error, respectfully ask this Court to lower defendant's fine to $429.

Dated: May 15, 2012                                       /s/
                                                       CYNTHIA LIE
                                                       Attorney for David Rangel


                                                       MELINDA HAAG
                                                       United States Attorney

Dated: May 15, 2012                                         /s/
                                                       AMBER S. ROSEN
                                                      Assistant United States Attorney